peals of the District of Columbia denied. *Mr. Elwood H. Seal* for petitioner. *Mr. Henry Gilligan* for respondent.

No. 670. DEPPE ET AL. *v.* GENERAL MOTORS CORP. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Messrs. Atlee Pomerene* and *Wm. J. Hughes* for petitioners. *Messrs. J. L. Stackpole* and *Melville Church* for respondent.

No. 673. MANTLE LAMP Co. *v.* GEO. H. BOWMAN Co. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. George I. Haight* and *Thomas G. Steward* for petitioner. No appearance for respondent.

No. 678. MORGAN LITHOGRAPH Co. *v.* WEZEL-NAUMANN AKTIENGESELLSCHAFT. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Drury W. Cooper* for petitioner. *Mr. Wm. Houston Kenyon* for respondent.

No. 679. GOODYEAR TIRE & RUBBER Co. *v.* OVERMAN CUSHION TIRE Co., INC. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. F. O. Richey, Wm. B. Cockley,* and *Spencer Gordon* for petitioner. *Messrs. Robert W. Byerly* and *Wm. L. Day* for respondent. See also 40 F. (2d) 460.

No. 680. GUZIK *v.* UNITED STATES. March 14, 1932. Petition for writ of certiorari to the Circuit Court of Ap-